UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADAM LACROIX, as an individual

    Plaintiff,

v.                                        Case No: 2:20-cv-992-SPC-NPM

TOWN OF FORT MYERS
BEACH, FLORIDA, BILL
STOUT and ROXANNE TUCCI,

    Defendants.
_____/

## ORDER[1]

Before the Court is Defendants Town of Fort Myers Beach, Bill Stout, and Roxanne Tucci's Unopposed Motion to Stay Proceedings Pending Appeal of This Court's Order on Lacroix's Motion for Preliminary Injunction. (Doc. 55).

The Court denied Lacroix's Motion for Preliminary Injunction on March 22, 2021. (Doc. 50). Lacroix timely filed a notice of appeal. (Doc. 51). Defendants now seek to stay the proceedings until the Eleventh Circuit rules

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

on Lacroix's appeal.  Defendants' counsel certifies that counsel for Lacroix has been consulted and that they do not object to a stay.

Accordingly, it is now **ORDERED:**

1. Defendants' Unopposed Motion to Stay Proceedings (Doc. 55) is **GRANTED**.

2. All proceedings are **STAYED** until the parties advise the Court that the interlocutory appeal has concluded and the stay should be lifted.  The parties must notify the Court of such matters within **five (5) days** of the appeal concluding.

3. Defendants Bill Stout and Roxanne Tucci's Motion to Dismiss (Doc. 33) is **DENIED** without prejudice.  Stout and Tucci may refile the Motion to Dismiss within **seven (7) days** of the appeal concluding.

4. Defendant Town of Fort Myers Beach's Motion to Dismiss (Doc. 39) is **DENIED** without prejudice.  Town of Fort Myers Beach may refile the Motion to Dismiss within **seven (7) days** of the appeal concluding.

5. The Clerk is **DIRECTED** to add a stay flag to the case file.

**DONE** and **ORDERED** in Fort Myers, Florida on March 30, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record